**People of the State of Illinois, Plaintiff-Appellee, v. Frank D. Lessen, Defendant-Appellant.**

**Gen. No. 54,065.** (Abstract of Decision.)

First District, Fourth Division.
March 25, 1970.

O'Keefe, O'Brien, Hanson & Ashenden, of Chicago (James H. O'Brien and Harry G. Fins, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Anthony Montemurro, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DRUCKER. Not to be published in full.